UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                      Plaintiff,

-against-

BROOKLYN EVENTS CENTER, LLC

                      Defendants.
------------------------------------------------------------------------X

Case No.: 1:22-cv-1555

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: October 21, 2022
      Hackensack, New Jersey

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
[mrozenberg@steinsakslegal.com](mailto:mrozenberg@steinsakslegal.com)
*Attorneys for Plaintiff*

Dated: October 21, 2022
      Florham Park, New Jersey

*s/Matthew J. Fedor*

Matthew J. Fedor
Faegre Drinker Biddle & Reath, LLP
600 Campus Drive
Florham Park, NJ 07932
973.549.7329
Matthew.Fedor@faegredrinker.com
*Attorneys for Defendant*