UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others
similarly situated,

                                                              Case No.: 1:22-cv-1555

                              Plaintiff,

       -against-

BROOKLYN EVENTS CENTER, LLC

                              Defendants.
------------------------------------------------------------------------X

                STIPULATION OF DISMISSAL WITH PREJUDICE

       Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss

this action with prejudice, resolving all matters in dispute having been made and each party to bear

its own fees and costs.


Dated: October 21, 2022                    Dated: October 21, 2022

       Hackensack, New Jersey                      Florham Park, New Jersey


s/Mark Rozenberg                           s/Matthew J. Fedor

Mark Rozenberg, Esq.                       Matthew J. Fedor
STEIN SAKS, PLLC                           Faegre Drinker Biddle & Reath, LLP
One University Plaza, Suite 620            600 Campus Drive
Hackensack, NJ 07601                       Florham Park, NJ 07932
201.282.6500                               973.549.7329
mrozenberg@steinsakslegal.com              Matthew.Fedor@faegredrinker.com
*Attorneys for Plaintiff*                  *Attorneys for Defendant*



                           **SO ORDERED:**

                           s/ LDH                      10/24/2022

                           **Honorable LaShann DeArcy Hall, USDJ**